## Pennsylvania Department of Transportation Appeal.

Argued November 12, 1970. *William E. Bethards,* Assistant Attorney General, with him *Herbert G. Zahn,* Assistant Attorney General, *Robert W. Cunliffe,* Deputy Attorney General, and *Fred Speaker,* Attorney General, for appellant; *Alan R. Squires,* with him *Edward Munce,* for appellee; *Sheldon L. Keyser,* Assistant County Solicitor, with him *Francis A. Barry,* Deputy County Solicitor, and *Maurice Louik,* County Solicitor, for County of Allegheny, intervenor.

Order affirmed.

## Phillips *v.* Phillips, Appellant.

Argued December 9, 1970. *Austin M. Lee,* for appellant; *Frank E. Greenberg,* with him *Katz, Slifkin and Greenberg,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.